IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GARY QUIZON DAVIS,<br><br>　　　　　　　　Petitioner<br><br>　　VS.<br><br>DAVID FRAZIER,<br><br>　　　　　　　　Respondent | **NO. 5:07-CV-203 (HL)**<br><br>PROCEEDINGS UNDER 28 U.S.C. § 2254<br>BEFORE THE U.S. MAGISTRATE JUDGE |

# ORDER AND RECOMMENDATION

Respondent DAVID FRAZIER has filed a Motion to Dismiss petitioner GARY QUIZON DAVIS' petition for habeas corpus relief on the grounds that the petition is untimely filed. Tab #6. The petitioner subsequently filed his own Motion to Dismiss but requests that the dismissal be without prejudice. Tab #10.

Because the respondent has actively participated in this habeas proceeding, to dismiss the case without prejudice would be an unfair burden to the respondent who has undergone considerable expense in participating in this litigation. Accordingly IT IS RECOMMENDED that petitioner Davis' Motion to Dismiss (Tab #10) be **DENIED**. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

However, in light of the filing of petitioner Davis' motion, he shall be afforded **FIFTEEN (15) DAYS** from receipt of this Order and Recommendation in which to respond to the respondent's Motion to Dismiss.

SO ORDERED AND RECOMMENDED this 28th day of August, 2007.



　　　　　　　　　　　　　　　　　　　　　　CLAUDE W. HICKS, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE