**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **GARY QUIZON DAVIS,** : | |
| Petitioner : | |
| : | |
| v. : | CASE NO. 5:07-CV-203 (HL) |
| : | |
| **DAVID FRAZIER,** : | |
| Respondent : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 11) filed August 28, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation within the time allowed..

**SO ORDERED,** this the 26th day of September, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**