IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **GARY QUIZON DAVIS,** | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. |
| | : | 5:07-CV-203-HL |
| **DAVID FRAZIER,** | : | |
| Defendant. | : | |

# **ORDER**

Before the Court is a Report and Recommendation (Doc. 16) from United States Magistrate Judge Claude W. Hicks, Jr. that recommends granting Defendant's Motion to Dismiss Petitioner's Petition for Habeas Corpus Relief on the grounds that the petition is untimely filed pursuant to 28 U.S.C. § 2244. Plaintiff filed an objection to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's objection and has made a de novo determination of the portion of the recommendation to which Petitioner objects. For the reasons contained in Judge Hicks's Recommendation, Petitioner's Petition for Habeas Corpus Relief was untimely filed. As a result, this Court accepts Judge Hicks's Recommendation, and therefore, Defendant's Motion to Dismiss is granted.

**SO ORDERED**, this the __21__ day of February, 2008.

__s/Hugh Lawson_____
**HUGH LAWSON, JUDGE**

dhc